# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 5:14-MJ-1986-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **Alana J. Peek** | ) | |

Alana J. Peek appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on March 4, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the expressed consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Alana J. Peek has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

This the 3rd day of March, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge